UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

JAMES LEVERETTE              )
                             )
v.                           )     NO. 1:08-0017
                             )     JUDGE CAMPBELL
HOWARD CARLTON, Warden       )

## ORDER

The Court is in receipt of a Notice of Voluntary Dismissal (Docket No. 8) filed by Plaintiff pro se.

Accordingly, this action is dismissed, without prejudice, and the Clerk is directed to close the file. Plaintiff's Motion to Appoint Counsel (Docket No. 5) is denied as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE